DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
Jim G. Price, Esq., SBN 119324
6569 Brentwood Boulevard
P.O. Box 1417
Brentwood, CA  94513
Telephone:  925-516-4686
Facsimile:   925-516-4058
Email:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
JUDY TIMMERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY TIMMERMAN, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>GILA LLC dba MSB GOVERNMENT SERVICES aka MUNICIPAL SERVICES BUREAU, a Texas Limited Liability Company,<br><br>                    Defendant. | Case No. 3:15-cv-02369-SC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; PROPOSED ORDER** |

   The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action with prejudice.

DATED:  November 11, 2015            DELTA LAW GROUP

                                                         /s/ Jim G. Price
                                     BY:_____
                                        JIM G. PRICE*
                                        Attorneys for Plaintiff
                                        JUDY TIMMERMAN

DATED:  November 11, 2015					CARLSON & MESSER LLP

										/s/ J. Grace Felipe

								BY:_____
									J. GRACE FELIPE
									Attorney for Defendant
									GILA LLC

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulated Dismissal with Prejudice.  I hereby attest that J. Grace Felipe has concurred in this filing.

*/s/ Jim G. Price*

STIPULATED DISMISSAL WITH PREJUDICE; PROPOSED ORDER                                    2